**No. 60388.**—Anglo American Commodities *v.* United States, protests 175498–K and 180189–K (New York).

Opinion by WILSON, J.  In accordance with stipulation of counsel that the merchandise consists of chinaware articles similar in all material respects to those the subject of *De Waubert, Inc., and N. M. Albert Co., Inc.* v. *United States* (36 Cust. Ct. 12, C. D. 1747), except that the merchandise herein is in chief value of decorated chinaware containing 25 percent or more of calcined bone, the claim of the plaintiff was sustained.

**No. 60389.**—Kung Chen Fur Corp. and Cohen & Mann *v.* United States, protest 237903–K (New York).

Opinion by WILSON, J.  In accordance with stipulation of counsel that the merchandise consists of lambskin plates the same in all material respects as those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643), the claim for free entry under paragraph 1681 was sustained.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1643, *supra.*

**No. 60390.**—Cosmos Shipping Co., Inc. *v.* United States, protest 224741–K (New York).

Opinion by WILSON, J.  The protest was dismissed for lack of prosecution.

**No. 60391.**—Nixon Nitration Works *v.* United States, protest 230144–K (New York).

Opinion by WILSON, J.  The protest was dismissed for lack of prosecution.